**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHAPTER 4 CORP., | |
| Plaintiff, | Case No. 20-cv-06115 |
| v. | **Judge Virginia M. Kendall** |
| SHOP106743 STORE, et al., | **Magistrate Judge Maria Valdez** |
| Defendants. | |

**<u>NOTICE OF DISMISSAL UNDER RULE 41(a)(1)</u>**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Chapter 4 Corp.

("Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| AheadFlag Store | 11 |
| U-Stylist Store | 37 |
| nestsong | 100 |

Dated this 15th day of January 2021.      Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff Chapter 4 Corp.*